In the Matter of the Application of The City of New York, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of the Public Park, etc., in the First Ward, Borough of Queens, City of New York, etc. East River Land Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, etc. Kensico Reservoir, Section No. 6.— Order modified on reargument by striking out all provisions for the allowance of taxable costs, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc. Hill View Reservoir, Section No. 1.— Order modified on reargument by striking out all provisions for the allowance of taxable costs, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Thomas Johnson, Respondent, v. Emil Eiseman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Coleman J. Knapp, as Administrator, etc., of George H. Knapp, Deceased, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that there is no evidence that the decedent either looked or listened before he went upon the railroad track, and that it affirmatively appears that if he had so looked or if he had so listened he might have seen or heard the approaching train and avoided the accident which resulted in his death. (*Harrison* v. *N. Y. C. & H. R. R. R. Co.*, 195 N. Y. 90; *Wieland* v. *Delaware & Hudson Canal Co.*, 167 id. 26.) Burr, Thomas, Rich and Carr, JJ., concurred; Hirschberg, P. J., dissented.

Christian Koch and Others, Respondents, v. Sali Rubin and Celia Lindheim, Defendants. Carl Weinberg, Appellant.— Order reversed, and motion granted on the authority of *Johnston* v. *Donvan* (106 N. Y. 269), without costs. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Gus Luckes, Respondent, v. Archibald K. Meserole, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Thomas Lyons, Appellant, v. Giustino Martino and Olinda Martino, Respondents.— Judgment in so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.